1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   W. DOUGLAS SPRAGUE (CASBN 202121)
3  Acting Chief, Criminal Division

4  DEBORAH R. DOUGLAS (NYBN 2099372)
   Assistant United States Attorney
5
   1301 Clay Street (Suite 340 S)
6  Oakland, California 94612
   Telephone: (510) 637-3680
7  Telefax: (510) 637-3724

8
   Attorneys for the United States
9

**FILED**

JUL 1 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | No. 4-07-70416 WDB |
|---|---|---|
| Plaintiff, | ) | |
| ANTHONY P. JOHNSON, | ) | APPLICATION AND ORDER TO SEAL |
| Defendant. | ) | |

The United States of America, by the undersigned Assistant United States Attorney, moves the Court for an order sealing the Criminal Complaint, Arrest Warrant, and Affidavit, this motion to seal and order to seal. The Government moves for a sealing order on the ground that the premature or inadvertent disclosure of the information contained in these documents would

1 | jeopardize the ongoing investigation. It is further requested that the Court's order shall not preclude
2 | the United States Attorney's Office from obtaining copies of any of these documents under seal.

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

7/11/07
Dated

DEBORAH R. DOUGLAS
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: July 11, 2007

HONORABLE JAMES K. LARSON
United States Magistrate Judge