☐ DOCUMENTS UNDER SEAL

E-Filing

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK<br>Wings Hom | REPORTER/TAPE NO.<br>FTR 9:47-9:49 | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE<br>NANDOR J. VADAS | DATE<br>July 16, 2007 | ☐ NEW CASE | CASE NUMBER<br>4-07-70416 WDB | |

FILED
2007 JUL 16 PM 12:59
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

### APPEARANCES

| DEFENDANT<br>Anthony Johnson | AGE | CUST<br>Y | P/NP<br>NP | ATTORNEY FOR DEFENDANT<br>George Cotsirilos | ☐ PD.<br>☐ APPT.<br>☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY<br>Deborah Douglas | INTERPRETER | | | FIN. AFFIDAVIT SUBMITTED ☐<br>DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐<br>COUNSEL APPOINTED ☐<br>PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER<br>Josh Libby | | | | |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☐ STATUS |
|---|---|---|---|---|
| ☒ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | ☐ TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☒ OTHER<br>set detn hrg |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED<br>$ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

PROPERTY POSTED/TO BE POSTED                           REAL PROPERTY:

☐ CASH        ☐ CORPORATE SECURITY        ☐

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF                              OTHER:

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: 7-24-07 | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: 10:00 a.m. | ☐ FINAN. AFFIDAVIT SUBMITTED | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON.<br>WDB | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | | ☐ IDENTITY/REMOVAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

For submission of financial affidavit and to set detn hrg. USM did not bring deft in.

COPIES SENT TO: Venice, Gloria, Ivy                              DOCUMENT NUMBER: